IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRENDA E. THOMAS,**<br>　　　　**Plaintiff,**<br><br>v.<br><br>**DIVERSIFIED COMMUNITY SERVICES, INC., OTIS L. BULLOCK, JR., TALX UCM SERVICES, INC. D/B/A EQUIFAX WORKFORCE SOLUTIONS, TALX UCM SERVICES, INC., EQUIFAX WORKFORCE SOLUTIONS, DIVERSIFIED COMMUNITY SERVICES, INC.,**<br>　　　　**Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO. 20-3813** |

## O R D E R

**AND NOW**, this 29th day of March, 2021, upon consideration of Plaintiff's Motion to Remand (ECF No. 5) and Defendants' opposition thereto (ECF No. 8), **IT IS HEREBY ORDERED** that the Motion (ECF No. 5) is **GRANTED** and the case is **REMANDED** to the Court of Common Pleas of Philadelphia County for lack of subject matter jurisdiction.

The Clerk of Court is directed to terminate the case and mark it **CLOSED**.

　　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　　/s/Wendy Beetlestone, J.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**